1030

THE STATE OF WASHINGTON, *Respondent*, v. LESLEY ALEXANDRA VILLATORO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00526-4, Charles R. Snyder, J., entered March 24, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Schindler, J.

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL NEGUSE REZENE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02494-7, Monica J. Benton, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Mann, JJ.

BIRNEY DEMPCY ET AL., *Appellants*, v. CHRIS AVENIUS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37292-4, Theresa B. Doyle, J., entered April 7, 2015. *Reversed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Mann, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. BRUCE M. SNYDER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-01143-4, Dave Needy, J., entered August 11, 2015. *Reversed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Schindler, J.